CLERK,ABLE ACOSTA

COURT OF CRIMINAL APPEALS

P.O.BOX 12308

CAPITAL STATION

AUSTIN,TEXAS 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 05 2015

Abel Acosta, Clerk

RE:Tr.CT.No.CR2009-141-1;WR-81,373-02

Dear:Clerk,

     This letter is to inform the Court of a Code of Criminal Procedure violation by the 207th District Court of New Braunfuls,Texas regarding my Article 11.07 Writ of Habeas Corpus submitted on 23rd,September 2014.Per'$11.07,The Clerk of the District Court shall immediately forward to the attorney of,or directly to Applicant if pro-se the findings of facts and conclusions of law upon completion of its rebuttal to claims contained within the 11.07 grounds of error.The written Order from the Court of Criminal Appeals gave them until May 15th 2015,to do this.It is apparent per your written communication recieved by me on 26th of May,2015,you recieved on the last possible day,the 15th the supplemental clerks record,in response to the Order issued by your Court.Not only did I not recieved the same,but I never recieved any finding of fact and conclusions of law from the District Court.It is difficult to comprehend how the District Court can blatently disregard the law per the Court of Criminal Procedure as well as an Order from this Court without penalty.

Your Response Will Be Greatly Appreciated.

Sincerely,

TDCJ-ID #1691396

Stevenson Unit

1525 FM.766

Cuero,Texas 77954

Filed C/c: